Opinion filed October 20, 1937.

Hermann P. Haase, for appellant. Frederick W. Janson, for appellee.

Mr. Justice Denis E. Sullivan delivered the opinion of the court.

Pontiac Press, Inc., appellant, v. Jacob D. Allen, appellee. Gen. No. 39,373.

Opinion filed October 20, 1937.

Louis I. Lewis, for appellant. No appearance for appellee.

Mr. Justice Denis E. Sullivan delivered the opinion of the court.

Joseph Castle, appellee, v. Riverview Park Company, appellant. Gen. No. 39,528.

Opinion filed November 8, 1937.

Robertson, Crowe & Spence, for appellant; Eugene P. Kealy, Henry L. McIntyre and Richard P. Garrett, of counsel. John E. Timm, for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

Wiktorya Burzak, appellant, v. City of Chicago, appellee. Gen. No. 39,556.

Opinion filed November 8, 1937. Rehearing denied November 22, 1937.

Leopold Saltiel, for appellant; Irvin J. Moskal, of counsel. Barnet Hodes, Corporation Counsel, for appellee; Fred O'Connor, Alexander J. Resa and Adam E. Patterson, Assistant Corporation Counsel, of counsel.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

In re Estate of Solomon Mazie, deceased. Agnes Steinhauser et al., appellees, v. Anne Mazie, administratrix, appellant. Gen. No. 39,495.

# 636

 Opinion filed
November 8, 1937.

L. Louis Karton, for appellant. David A. Canel, for appellees;
Leonard A. Canel and Daniel F. Kemp. of counsel.

Mr. Justice McSurely delivered the opinion of the court.

Adin W. Finley, appellant, v. James W. Paige, appellee. Gen. No.
39,534.

 Opinion filed Novem-
ber 8, 1937.

Raymond M. Carlson, for appellant. No appearance for appellee.
Mr. Justice McSurely delivered the opinion of the court.

First National Bank of Chicago, appellee, v. Daniel A. Quinn et al.
Appeal of Robert G. McKay et al., appellants. Gen. No. 39,076.

 Opinion filed November 8, 1937. Rehearing
denied November 26, 1937.

Cattell & Waldron, for appellants; Marshall & Marshall and Joseph
J. Sullivan, Jr., of counsel. Kirkland, Fleming, Green, Martin &
Ellis, for appellee; Emil F. Meier, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

Eugene L. Garey, trading as Garey and Garey, appellant, v. Daniel
J. Schuyler, Jr. et al., appellees. Gen. No. 39,512.

 Opinion filed November 8, 1937.

A. J. Deutschman, for appellant; Milton I. Hauser, of counsel. Jay
Stough, for appellees.

Mr. Justice Matchett delivered the opinion of the court.

Frank Birgel, assignee of Joseph LeDoux and Herman Mannel,
appellee, v. William P. Roe, appellant. Gen. No. 39,521.